```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

SHANTURAH BRATHWAITE,

                                 Plaintiff,

              -against-

THE CITY OF NE WYORK, NEW YORK CITY POLICE
DEPARTMENT in its official capacity and JOHN DOES
1-10 in their individual and official capacities,

                                 Defendants.
```
-----------------------------------------------------------------X
```

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

18 CV 404 (SJ) (JO)

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ NOV 30 2018 ★

BROOKLYN OFFICE

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented by their attorneys below, as follows:

       1.     Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all Plaintiff's claims in the above-captioned action are hereby dismissed, withdrawn and discontinued with prejudice, and that an order to that effect may be entered without further notice.

Dated:     New York, New York
               November 14th 2018

| | |
|---|---|
| **Keith White, PLLC**<br>Attorneys for Plaintiff<br>198A Rogers Avenue<br>Brooklyn, New York 11225<br>Tel.: (718)-403-9261<br>keith@freeintegrated.com | **ZACHARY W. CARTER**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-317<br>New York, New York 10007<br>Tel: (212) 356-3522<br>gmoy@law.nyc.gov |
| By: _____<br>     Norman Keith White, Esq. | By: _____<br>     Gary Moy<br>     Assistant Corporation Counsel |

SO ORDERED:   SO ORDERED
                         On this 29 day of November 2018

                            s/Sterling Johnson Jr. USDJ
Dated                         STERLING JOHNSON, JR. USSDJ